# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ericksen, Joan N. | U.S. District Court - Minnesota | 05/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

12W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 2. | Immediate Past President | Jimmie V. Reyna Intellectual Property Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Defined Benefit Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | National Conference of Bar Examiners | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lawyers for Civil Justice | May 4-5, 2017 | Washington, DC | Panelist | Transportation, hotel, and meals |
| 2. | NCBE | May 25-28, 2017 | Portland, OR | Multistate Bar Drafting Committee Meeting | Transportation, hotel, and meals |
| 3. | Duke Law School | July 19-21, 2017 | New York, NY | Conference | Transportation, hotel, and meals |
| 4. | NCBE | Sept. 22-24, 2017 | Vergennes, VT | Multistate Bar Drafting Committee Meeting | Transportation, hotel, and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | | None | K | T | | | | | |
| 2. Trust #1 (H) | | | | | | | | | |
| 3. Charles Schwab Cash (cash account) | A | Interest | J | T | | | | | |
| 4. Accenture PLC Class A (ACN) | A | Dividend | K | T | | | | | |
| 5. Check PT Software (CHKP) | | None | J | T | Buy (add'l) | 04/10/17 | J | | |
| 6. Cognizant Tech Solu Class A (CTSH) | A | Dividend | K | T | Buy (add'l) | 04/10/17 | J | | |
| 7. CR Bard Incorporate (BCR) | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 8. CVS Health Corp (CVS) | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 9. Danaher Corp (DHR) | A | Dividend | K | T | | | | | |
| 10. Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 11. Expeditors Intl Wash (EXPD) | A | Dividend | K | T | | | | | |
| 12. Fastenal Co (FAST) | A | Dividend | K | T | | | | | |
| 13. Fedex Corporation (FDX) | A | Dividend | K | T | Sold (part) | 12/13/17 | J | | |
| 14. Franklin Resources (BEN) | A | Dividend | K | T | | | | | |
| 15. Illinois Tool Works (ITW) | A | Dividend | K | T | Sold (part) | 12/13/17 | J | | |
| 16. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 17. Johnson Ctls Intl (JCI) | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 19. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 20. Novartis AG ADR (NVS) | A | Dividend | K | T | | | | | |
| 21. Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 22. Qualcomm Inc (QCOM) | | None | K | T | Sold | 04/10/17 | J | | |
| 23. | | | | | Buy | 12/13/17 | K | | |
| 24. Sherwin Williams Co (SHW) | A | Dividend | K | T | Sold (part) | 12/13/17 | J | | |
| 25. Stryker Corp (SYK) | A | Dividend | K | T | Sold (part) | 12/13/17 | J | | |
| 26. Thermo Fisher Scientific (TMO) | A | Dividend | K | T | | | | | |
| 27. Visa Inc Class A (V) | A | Dividend | K | T | Sold (part) | 12/13/17 | J | | |
| 28. Wal-mart Stores Inc (WMT) | A | Dividend | K | T | | | | | |
| 29. Walt Disney Co (DIS) | A | Dividend | K | T | Buy | 06/26/17 | K | | |
| 30. WW Grainger Inc | A | Dividend | | | Sold | 06/22/17 | J | | |
| 31. IRA #1 (H) | | | | | | | | | |
| 32. Charles Schwab Cash ( cash account) | A | Interest | J | T | | | | | |
| 33. Accenture PLC Class A (ACN) | A | Dividend | K | T | | | | | |
| 34. Check PT Software (CHKP) | | None | K | T | Sold (part) | 07/11/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cognizant Tech Solu Class A (CTSH) | A | Dividend | K | T | | | | | |
| 36. CR Bard Incorporate (BCR) | A | Dividend | K | T | Sold (part) | 07/11/17 | J | | |
| 37. CVS Health Corp (CVS) | A | Dividend | K | T | | | | | |
| 38. Danaher Corp (DHR) | A | Dividend | K | T | | | | | |
| 39. Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 40. Expeditors Intl Wash (EXPD) | A | Dividend | K | T | | | | | |
| 41. Fastenal Co (FAST) | A | Dividend | K | T | | | | | |
| 42. Fedex Corporation (FDX) | A | Dividend | K | T | | | | | |
| 43. Franklin Resources (BEN) | A | Dividend | K | T | | | | | |
| 44. Illinois Tool Works (ITW) | A | Dividend | K | T | | | | | |
| 45. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 46. Johnson Ctls Intl (JCI) | A | Dividend | J | T | | | | | |
| 47. Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 48. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 49. Novartis AG ADR (NVS) | A | Dividend | K | T | | | | | |
| 50. Proctor & Gamble (PG) | A | Dividend | K | T | | | | | |
| 51. Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy (add'l) | 07/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sherwin Williams Co (SHW) | A | Dividend | K | T | | | | | |
| 53. Stryker Corp (SYK) | A | Dividend | K | T | | | | | |
| 54. Thermo Fisher Scntfc (TMO) | A | Dividend | K | T | | | | | |
| 55. Visa Inc Class A (V) | A | Dividend | K | T | | | | | |
| 56. Wal-mart Stores Inc (WMT) | A | Dividend | K | T | | | | | |
| 57. Walt Disney Co (DIS) | A | Dividend | K | T | Buy | 06/26/17 | K | | |
| 58. WW Grainger Inc | A | Dividend | | | Sold | 06/22/17 | J | | |
| 59. IRA #2 (H) | | | | | | | | | |
| 60. Charles Schwab Cash ( cash account) (X) | A | Interest | J | T | | | | | |
| 61. Accenture PLC Class A (ACN) (X) | A | Dividend | J | T | | | | | |
| 62. Check PT Software (CHKP) (X) | | None | J | T | Sold (part) | 07/11/17 | J | | |
| 63. Cognizant Tech Solu Class A (CTSH) (X) | A | Dividend | J | T | | | | | |
| 64. CR Bard Incorporate (BCR) (X) | A | Dividend | J | T | | | | | |
| 65. CVS Health Corp (CVS) (X) | A | Dividend | J | T | | | | | |
| 66. Danaher Corp (DHR) (X) | A | Dividend | J | T | | | | | |
| 67. Ecolab Inc (ECL) (X) | A | Dividend | J | T | | | | | |
| 68. Expeditors Intl Wash (EXPD) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fastenal Co (FAST) (X) | A | Dividend | J | T | | | | | |
| 70. Fedex Corporation (FDX) (X) | A | Dividend | J | T | | | | | |
| 71. Franklin Resources (BEN) (X) | A | Dividend | J | T | | | | | |
| 72. Illinois Tool Works (ITW) (X) | A | Dividend | J | T | | | | | |
| 73. Johnson & Johnson (JNJ) (X) | A | Dividend | J | T | | | | | |
| 74. Johnson Ctls Intl (JCI) (X) | A | Dividend | J | T | | | | | |
| 75. Medtronic PLC (MDT) (X) | A | Dividend | J | T | | | | | |
| 76. Microsoft Corp (MSFT) (X) | A | Dividend | J | T | | | | | |
| 77. Novartis AG ADR (NVS) (X) | | None | J | T | | | | | |
| 78. Proctor & Gamble (PG) (X) | A | Dividend | J | T | | | | | |
| 79. Qualcomm Inc (QCOM) (X) | A | Dividend | J | T | Buy (add'l) | 07/11/17 | J | | |
| 80. Sherwin Williams Co (SHW) (X) | A | Dividend | J | T | | | | | |
| 81. Stryker Corp (SYK) (X) | A | Dividend | J | T | | | | | |
| 82. Thermo Fisher Scntfc (TMO) (X) | A | Dividend | J | T | | | | | |
| 83. Visa Inc Class A (V) (X) | A | Dividend | J | T | | | | | |
| 84. Wal-mart Stores Inc (WMT) (X) | A | Dividend | J | T | | | | | |
| 85. Walt Disney Co (DIS) | A | Dividend | J | T | Buy | 06/26/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WW Grainger Inc (X) | A | Dividend | | | Sold | 06/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/08/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544